```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

GREGORY CHARLES REED,              §
                                   §
VS.                                §   CIVIL ACTION NO.4:05-CV-517-Y
                                   §
DOUGLAS DRETKE, Director,          §
T.D.C.J., Correctional             §
Institutions Division,             §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>
(<mark>With special instructions to the clerk of Court</mark>)

In this action brought by petitioner Gregory Charles Reed under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 1, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 14, 2006.[1]

The Court, after <u>de novo</u> review, concludes that Reed's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Reed's petition for writ of habeas corpus is DENIED.

SIGNED March <u>28</u>, 2006.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Although untitled, as the paper filed by Reed on March 14, 2006, responds to the "United States Magistrate Court," it should be docketed as written objections.